# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## JONESBORO DIVISION

**DONNIE DEWAYNE REDDEN**                              **PLAINTIFF**

VS.                          **CASE NO. 3:10V00054 SWW**

**BOBBY NEW, Deputy Sheriff,**
**Poinsett County Detention Center,** *et al.*             **DEFENDANTS**

## JUDGMENT

Pursuant to the order filed this date, judgment is entered dismissing this case with prejudice; the relief sought is denied. The Court further certifies that an *in forma pauperis* appeal taken from the order and judgment dismissing this action is considered frivolous and not in good faith.

DATED this 13th day of May, 2010.

                                             /s/Susan Webber Wright
                                            UNITED STATES DISTRICT JUDGE